## Malcolm *verf.* Gleafon.

A. drew a negotiable Order upon B. B. accepted the Order, and after Acceptance the Order was indorfed over. The Queftion was, if the *Indorfee* could fupport an Action againft B. (upon his Acceptance aforefaid upon the Prefentment of the Order by the Payee) before perfonal Notice given B., of Indorfement.

*Rec.* 1767.
*Fol.* 101.

The Acceptor of a negotiable Order is liable to a fubfequent Indorfee, without Notice of the Indorfement.

*Ruled,* unanimoufly, by all the five Judges, on Argument, that the Action was well brought, and that Notice to B. of Indorfement was not neceffary; for B. was liable to *Indorfee* in the fame Manner that he was to *Payee,* on the Acceptance.

———◆———

## Gibbs *verf.* Gibbs.

### Prefent:
### The whole Court.

*Rec.* 1767.
*Fol.* 113.

Queftions of Law on the Conftruction of a Will muft be raifed by fpecial Verdict, and not by an Objection to the Admiffion of the Will in Evidence, on the Ground that it does not fupport the Declaration.

THE Demandant counts as Heir in Tail under a Will.

*Mr. Auchmuty* objected to the Will going in as Evidence to the Jury, becaufe the Will did not fupport the Declaration, as it gave only an Eftate for Life to the Anceftor of the Demandant.

*The*